UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA TRENT KLIPPENSTEIN, | |
| Petitioner, | Case No. C21-535-JLR-MLP |
| v. | |
| WHATCOM COUNTY JAIL & SHERIFF, | REPORT AND RECOMMENDATION |
| Respondent. | |

On April 19, 2021, Petitioner Joshua Klippenstein presented to this Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. (*See* Dkt. # 1.) Petitioner alleged therein that his federal constitutional rights, and his rights under the Extradition Acts of the State of Washington and the State of Oregon, were violated when he was extradited from Oregon to Washington in July 2020 to face charges in Whatcom County Superior Court. (*Id*. at 2, 6-7.) Petitioner requested relief in the form of dismissal of his criminal charges. (*Id*. at 7.)

On May 21, 2021, this Court issued an Order directing Petitioner to show cause why this action should not be dismissed for failure to exhaust state court remedies. (Dkt. # 4.) The Court explained therein that Petitioner's petition was properly construed as one filed pursuant to 28

REPORT AND RECOMMENDATION
PAGE - 1

U.S.C. § 2254 because, at the time Petitioner signed and filed the petition, he was in custody pursuant to a judgment and sentence of the Whatcom County Superior Court.[1] (*Id*. at 2.) The Court further explained that in order to obtain relief under § 2254, a petitioner must demonstrate that each of his claims for federal habeas relief has been properly exhausted in the state courts, 28 U.S.C. § 2254(b)-(c), and Petitioner had made no such showing. (*Id*.)

Petitioner was granted thirty days within which to file a response to the Order to Show Cause, and he was advised that his failure to timely respond would result in a recommendation that this action be dismissed. To date, Petitioner has filed no response to the Court's Order. Because Petitioner makes no showing that he presented his proposed grounds for federal habeas relief to the state courts for review, his claims are not eligible for federal habeas review at this time. This Court therefore recommends that Petitioner's federal habeas petition and this action be dismissed without prejudice for failure to exhaust state court remedies.

A petitioner seeking post-conviction relief under § 2254 may appeal a district court's dismissal of his federal habeas petition only after obtaining a certificate of appealability from a district or circuit judge. A certificate of appealability may issue only where a petitioner has made "a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(3). A petitioner satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Under the above standard, this Court concludes that Petitioner is not

---

[1] The Ninth Circuit has held that 28 U.S.C. § 2254 is the *exclusive* avenue for a state court prisoner to challenge the constitutionality of his detention. *See White v. Lambert*, 370 F.3d 1002, 1009-10 (9th Cir. 2004), *overruled on other grounds by Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010) (en banc).

REPORT AND RECOMMENDATION
PAGE - 2

entitled to a certificate of appealability in this matter. This Court therefore recommends that a certificate of appealability be denied. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 13, 2021**.

DATED this 21st day of July, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3