UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA TRENT KLIPPENSTEIN,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>WHATCOM COUNTY JAIL & SHERIFF,<br><br>　　　　　　　Respondent. | CASE NO. C21-0535JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of United States Magistrate Judge Michelle L. Peterson. (R&R (Dkt. # 5).) Having carefully reviewed the Report and Recommendation, all other relevant documents, and the governing law, the court ADOPTS the Report and Recommendation (Dkt. # 27) and DISMISSES Petitioner Joshua Trent Klippenstein's § 2241 petition for a writ of habeas corpus (Dkt. # 1).

//

ORDER - 1

1         A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* The court reviews de novo those portions of the report and recommendation to which specific written objection is made. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). When no objections are filed, the court need not review de novo the report and recommendation. *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005).

        Here, no party has objected to the Report and Recommendation. (*See* Dkt.) Indeed, Mr. Klippenstein previously failed to respond to an order to show cause why this action should not be dismissed for failure to exhaust state court remedies. (OSC (Dkt. # 4); R&R at 1-2; *see* Dkt.) Thus, the court need not review de novo the Report and Recommendation. *See Wang*, 416 F.3d at 1000. Moreover, the court has examined the record, including the Report and Recommendation, and finds the Magistrate Judge's reasoning persuasive in light of that record. Accordingly, the court ADOPTS the Report and Recommendation in its entirety. The Clerk is DIRECTED to send copies of this order to the parties and to Magistrate Judge Peterson.

        Dated this 13th day of August, 2021.

JAMES L. ROBART
United States District Judge